On appellant's petition for review from decision of Court of Appeals,* petition allowed,
case remanded to trial court for further proceedings August 27, 1985

STATE OF OREGON,
*Respondent on Review,*

*v.*

GARY LAWRENCE SWADER,
*Petitioner on Review.*

(CC 10-82-06460; CA A28791; SC S31658)

705 P2d 196

John Daugirda, Deputy Public Defender, Salem, for peti-
tioner on review. With him on the petition was Gary D.
Babcock, Public Defender, Salem.

Robert E. Barton, Assistant Attorney General, Salem, for
respondent on review. With him on the brief were Dave
Frohnmayer, Attorney General, and James E. Mountain, Jr.,
Solicitor General, Salem.

MEMORANDUM OPINION

---

* Appeal from Lane County Circuit Court, Gregory G. Foote, Judge. 72 Or App
593, 697 P2d 557 (1985).

## MEMORANDUM OPINION

The defendant was convicted of Sodomy in the First Degree in a trial without a jury before the circuit court.

We allow review on the issues raised in the petition for review that the trial court erroneously admitted hearsay declarations of the alleged victim and that the defendant's state and federal confrontation rights were denied.

This case presents the same issues raised and decided in *State v. Campbell,* 299 Or 633, 705 P2d 694 (1985).

The Court of Appeals is reversed and the case remanded to the trial court for further proceedings not inconsistent with the decision in *State v. Campbell, supra.*